79 F.3d 1138
 In re Kool, Mann, Coffee & Co., f/d/b/a Moore, Owen, Thomas
& Co.; Kool, Mann, Coffee & Co., Thomas O. Moore
v.
L. Coleman Coffey, Robert Bruce Coffey (2 Cases); In re
Kool, Mann, Coffee & Co., f/d/b/a Moore, Owen, Thomas & Co.;
Kool, Mann, Coffee & Co., Thomas O. Moore v. L. Coleman
Coffey, Robert Bruce Coffey, Marina Management Services,
Inc., State Dock, Inc., Premium Capital Resources
Corporation, Steven C. Gittinger, as Trustee
 NOS. 95-7402, 95-7403, 95-7568
 United States Court of Appeals,
Third Circuit.
 Feb 29, 1996
 
 Appeal From: D.V.I., No. 93-00029,
 Fullam, J.
 
 
 1
 AFFIRMED.